**John C. Peterson, ISB# 6796**
PETERSON LAW OFFICE, PLLC
161 5th Ave. South, Ste 310
P.O. Box 5827
Twin Falls, Idaho 83303-5827
Telephone: (208) 733-5500
Fax: (208) 733-5553
Email: John@PetersonTwinFalls.com


Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br>    CASEY JOE EVANS,<br><br>           Debtor.<br>_____<br><br>D. L. EVANS BANK,<br>           Plaintiff,<br><br>v.<br><br>CASEY JOE EVANS,<br>           Defendant. | Bankr. Case No. 20-40430-JMM<br>Chapter 7<br><br>_____<br><br>**Adv. Proceeding No. 20-08054-JMM** |

**ANSWER TO ADVERSARY COMPLAINT**

COMES NOW the Defendant, CASEY EVANS ("Defendant") by and through his counsel of record, PETERSON LAW OFFICE, PLLC, and hereby answers D.L. EVANS BANK's ("Plaintiff") Adversary Complaint (Dkt No. 1) ("Complaint") as follows:

**ANSWER**

1. Every allegation not expressly admitted herein is denied.

ANSWER TO ADVERSARY COMPLAINT - 1

    2.      Defendant is without sufficient information to answer the allegations in paragraph 1 of the Complaint.

    3.      Defendant admits paragraphs 2 through 8 of the Complaint.

    4.      Defendant denies paragraph 9 of the Complaint.

    5.      Defendant admits paragraphs 10 through 11 of the Complaint.

    6.      Defendant denies paragraphs 12 through 13 of the Complaint.

    7.      Defendant admits paragraph 14 of the Complaint.

    8.      Defendant denies paragraph 15 of the Complaint.

    9.      Defendant admits paragraph 16 of the Complaint.

    10.      Paragraph 17 of the Complaint fails to properly recite the language of Exhibit "C" attached to said Complaint.

    11.      Defendant denies paragraphs 18 and 19 of the Complaint.

    12.      Defendant admits paragraphs 20 through 25 of the Complaint.

    13.      Answering Paragraph 26, Defendant realleges and incorporate his answers herein.

    14.      Defendant denies paragraphs 27 through 31 of the Complaint.

## AFFIRMATIVE DEFENSES

Defendant, by alleging any defenses herein, does not intend to assume the burden of proof on any such defense unless such burden is already imposed by Defendant by the operation of law. Furthermore, Defendant has have considered and believe that he may have additional defenses to the Complaint, but cannot at this time, consistent with Rule 8 of the Federal Rules of Civil Procedure, affirmatively state additional avoidance or affirmative defenses.  Accordingly, Defendant reserves the

right to request leave from the Court to supplement this Answer and add additional defenses as this case progresses.

### First Affirmative Defense

The Complaint fails to state a claim against Defendant upon which relief can be granted.

### Second Affirmative Defense

Plaintiff's damages, if any, were caused by its own conduct or the conduct of third parties.

### Third Affirmative Defense

Any equitable aspect of Plaintiff's claim is barred by the doctrine of unclean hands.

### Fourth Affirmative Defense

Plaintiff fraudulently induced Defendant into providing the photographs in question.

### Fifth Affirmative Defense

The alleged misrepresentations made by Defendant was done mistakenly without malice or any individualized or particularized intent to harm Plaintiff.

### **PRAYER FOR RELIEF**

WHEREFORE, Defendants prays for relief as follows:

1. That the Plaintiff take nothing by way of its Complaint and that all the claims against Defendants be dismissed with prejudice.

2. That defendant be awarded their attorney fees and costs pursuant to all applicable law.

3. That this Court award Defendant such other and further relief as it deems just and Equitable.

DATED this 25th day of September, 2020

/s/ John C. Peterson
JOHN C. PETERSON
Attorney for Defendant

ANSWER TO ADVERSARY COMPLAINT - 3

## CERTIFICATE OF SERVICE

JOHN C. PETERSON, a resident attorney of the State of Idaho, hereby certifies that on the 25th day of September, 2020, he served a true and correct copy of the within and foregoing document upon the following:

| | | |
|---|---|---|
| Robert J. Squire | [ ] | U.S. Mail, Postage Prepaid |
| D.L. Evans Bank | [ ] | Hand Delivered |
| P.o. Box 1188 | [ ] | Overnight Mail |
| 375 North Overland Ave. | [ X ] | Electronic Filing |
| Burley, ID 83318 | | |
| specialassets@dlevans.com | | |

    /s/ John C. Peterson
JOHN C. PETERSON

ANSWER TO ADVERSARY COMPLAINT - 4